**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2093**

_____

TEYONNDA DE JESUS-ISRAEL,

Plaintiff - Appellant,

v.

U-HAUL INTERNATIONAL, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:23-cv-00027-RBS-DEM)

_____

Submitted:  December 19, 2023                    Decided:  December 21, 2023

_____

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Teyonnda de Jesus-Israel, Appellant Pro Se.  Jimmy F. Robinson, Jr., William Ryan Waddell, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teyonnda de Jesus-Israel appeals the district court's order dismissing her civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *Jesus-Israel v. U-Haul Int'l, Inc.*, No. 4:23-cv-00027-RBS-DEM (E.D. Va. Oct. 2, 2023), but modify the order to reflect that the dismissal is without prejudice. *See Ali v. Hogan*, 26 F.4th 587, 600 (4th Cir. 2022) (explaining that dismissal for lack of subject matter jurisdiction must be without prejudice). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*